**CLOSED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs <br><br> v. <br><br> FOSTER FREEZE PASO ROBLES; JAMES R. TUCKER, an individual; ANGELA V. TUCKER, an individual; POSE, INC., a California corporation dba FOSTER FREEZE PASO ROBLES, <br><br> Defendants. | Case No. CV 04-03780 DDP (JWJx) <br><br> **JUDGMENT** |

   Pursuant to the Ninth Circuit's March 25, 2008 opinion in this matter, JUDGMENT in this action is hereby revised.  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that JUDGMENT for Defendant Foster Freeze is granted with regard to Plaintiff Molski's Americans with

///

///

Disabilities Act cause of action and the state law causes of action are dismissed without prejudice.

IT IS SO ORDERED.

Dated: _April 28, 2008_____

DEAN D. PREGERSON
United States District Judge